IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN MIDDAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | |
| -vs- | ) | Case No. 08 C 0096 |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES the parties, by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), HEREBY STIPULATED AND AGREE that the above captioned matter, having been fully compromised and settled, be dismissed with prejudice and with each party to bear its own costs.

Respectfully submitted,

/s/ Richard J. Meier
Richard J. Meier
Attorney for Plaintiff
LEGAL HELPERS, P.C.
233 South Wacker Drive
Sears Tower, Suite 5150
Chicago, Illinois 60606
rjm@legalhelpers.com

/s/ James K. Schultz
James K. Schultz
Attorney for Defendants
SESSIONS, FISHMAN, NATHAN &
ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
jschultz@sessions-law.biz

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN MIDDAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gettleman |
| | ) | |
| -vs- | ) | Case No. 08 C 0096 |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June, 2008, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Richard J. Meier
    LEGAL HELPERS, P.C.
    233 South Wacker Drive
    Sears Tower, Suite 5150
    Chicago, Illinois 60606

    /s/ James K. Schultz
    James K. Schultz
    Attorney for Defendant