Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 96 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Kevin Middaugh    vs    NCO Financial Systems, Inc. | | |

**DOCKET ENTRY TEXT:**

On stipulation, pursuant to FRCP 41(a)(1), this cause is dismissed with prejudice and without costs.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|